# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-8983 PA (RAOx) | Date | January 5, 2018 |
|---|---|---|---|
| Title | Alexandra Jicol-Huylebroeck v. United Airlines, Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS - COURT ORDER

On December 22, 2017, the Court issued an order provisionally remanding this action to Los Angeles County Superior Court as a result of procedural defects in the Notice of Removal. (Docket No. 12.) Specifically, the Court found that the Notice of Removal was untimely. The Court stayed the order remanding the action to provide plaintiff Alexandra Jicol-Huylebroeck with an opportunity to object to the remand and waive the procedural defects. Specifically, Plaintiff was directed to inform the Court in writing by January 3, 2018, if she objected to the remand. To date, despite the passage of the deadline set by the Court, Plaintiff has not waived the procedural defect.[1]

Accordingly, for the reasons stated in the December 22, 2017, Order, this action is remanded to Los Angeles County Superior Court, Case No. BC 682387.

IT IS SO ORDERED.

---

[1] Defendant United Airlines, Inc. has filed a response in which it argues that the Notice of Removal was timely and requests that the Court not remand the action to state court. [Docket No. 13.] The Court, having considered the Defendant's response and the authority cited therein, disagrees, and denies Defendant's request.